UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **DONOVAN PEOPLES,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRUEACCORD CORP.,**<br><br>*Defendant.* | Case No. 3:24-cv-00037-FDW-DCK |

## STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

Plaintiff Donovan Peoples ("Plaintiff") and Defendant TrueAccord Corp. ("TrueAccord") (collectively the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action is dismissed, with prejudice, with each party to bear its own fees and costs.

Respectfully submitted April 29, 2025, by:

| | |
|---|---|
| Mr. Donovan Peoples<br>1249 Piney Church Road<br>Concord, North Carolina 28025 | /s/ James D. Horne, Jr.<br>James D. Horne Jr., N.C. State Bar No. 38737<br>TROUTMAN PEPPER LOCKE LLP<br>301 South College Street, Suite 3400<br>Charlotte, North Carolina 28202<br>Telephone: 704-998-6515<br>Facsimile: 704-998-4051<br>Email: jim.horne@troutman.com<br><br>*Attorney for Defendant TrueAccord Corp.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2025, a true and correct copy of the foregoing document was filed to the Court's CM/ECF e-filing portal which will provide automatic service via e-mail to all parties and counsel of record maintained by the Court in this case.

I FURTHER CERTIFY that a true and correct copy of the foregoing document was sent to Plaintiff via U.S. Mail at the following address:

Mr. Donovan Peoples
1249 Piney Church Road
Concord, North Carolina 28025

/s/ *James D. Horne, Jr.*
James D. Horne Jr., N.C. State Bar No. 38737
TROUTMAN PEPPER LOCKE LLP

*Attorney for Defendant TrueAccord Corp.*